# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                **NO. 4:14CR00226-BRW**

**THE-NIMROD STERLING**

## ORDER

Defendant's Motion to Relieve Counsel and Proceed Pro Se (Doc. No. 31) is GRANTED. However, Ms. Nicole Lybrand will remain on the case as stand-by counsel.

Defendant's Motion to Reverse Trial Continuance (Doc. No. 32) is GRANTED. The jury trial will commence at 1:30 p.m., Tuesday, April 21, 2015, in Courtroom 1A.

IT IS SO ORDERED this 3rd day of April, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE