# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**　　　　　　　　　　**NO. 4:14CR00226-BRW**

**THE-NIMROD STERLING**

## ORDER

Defendant's Motion for a New Jury Trial (Doc. No. 106) is DENIED.

IT IS SO ORDERED this 3rd day of June, 2015.

　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE